**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER YEPEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>NDEX WEST, LLC; AMERICAS SERVICING COMPANY; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1574-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: December 6, 2008

                                            VIRGINIA A. PHILLIPS<br>
                                          United States District Judge